# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3022
LT Case No. 2015-DR-001396

———————————————

KWAKU GRANEEK GRIFFITHS,

Appellant,

v.

MAGDALENE YORKE and
FLORIDA DEPARTMENT OF
REVENUE,

Appellees.

———————————————

On appeal from the Circuit Court for Seminole County.
Mark E. Herr, Judge.

Kwaku Graneek Griffiths, St. Augustine, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C.
Prieto, Assistant Attorney General, Fort Lauderdale, for
Appellee, Florida Department of Revenue.

No Appearance for Other Appellee.

October 7, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979); *Fay v. Craig*, 99 So. 3d 981, 982 (Fla. 5th DCA 2012).

WALLIS, LAMBERT, and EDWARDS, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————